# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00512-CR

**Patrick Uzomba, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. 2041861, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Patrick Uzomba seeks to appeal from a judgment of conviction for possession of cocaine. The trial court has certified, and the record confirms, that this is a plea bargain case and Uzomba has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id.* rule 25.2(d).

 

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed:   September 23, 2004

Do Not Publish